**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

In re: Donna Lynee Brown      §    Case No. 722-21-22184
                                     §
                                     §
                                     §
            Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       Nichole B. Farris, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $360,922.00 | Assets Exempt: | $308,167.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,859.16 | Claims Discharged Without Payment: | $138,405.13 |
| Total Expenses of Administration: | $732.84 | | |

       3) Total gross receipts of $2,592.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,592.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $243,868.00 | $235,041.41 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $732.84 | $732.84 | $732.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $16,500.00 | $6,685.14 | $6,685.14 | $1,859.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $83,023.00 | $55,382.13 | $55,382.13 | $0.00 |
| **TOTAL DISBURSEMENTS** | $343,391.00 | $297,841.52 | $62,800.11 | $2,592.00 |

4) This case was originally filed under chapter 7 on 06/11/2021, and it was converted to chapter 7 on 01/06/2023. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2024    By: /s/ Nichole B. Farris
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Nissan Altima, 150k miles | 1129-000 | $2,592.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,592.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Wells Fargo Bank, N.A. | 4110-000 | NA | $235,041.41 | $0.00 | $0.00 |
| N/F | Wells Fargo Hm Mortgag | 4110-000 | $243,868.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$243,868.00** | **$235,041.41** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Nichole B. Farris | 2100-000 | NA | $648.00 | $648.00 | $648.00 |
| Trustee, Expenses - Nichole B. Farris | 2200-000 | NA | $24.84 | $24.84 | $24.84 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$732.84** | **$732.84** | **$732.84** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P-2 | Internal Revenue Service | 5800-000 | NA | $5,680.10 | $5,680.10 | $1,579.65 |
| 10P | FRANCHISE TAX BOARD | 5800-000 | NA | $1,005.04 | $1,005.04 | $279.51 |
| N/F | Franchise Tax Board | 5600-000 | $1,500.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $15,000.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$16,500.00** | **$6,685.14** | **$6,685.14** | **$1,859.16** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express National Bank | 7100-000 | NA | $691.88 | $691.88 | $0.00 |
| 2 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 7100-000 | NA | $5,339.61 | $5,339.61 | $0.00 |
| 3 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $725.70 | $725.70 | $0.00 |
| 4 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $7,019.40 | $7,019.40 | $0.00 |
| 5U-2 | Internal Revenue Service | 7300-000 | NA | $2,095.81 | $2,095.81 | $0.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $2,624.37 | $2,624.37 | $0.00 |
| 8 | Fair Square Financial LLC | 7100-000 | NA | $2,307.68 | $2,307.68 | $0.00 |
| 9 | U.S. Bank NA dba Elan Financial Services | 7100-000 | NA | $7,659.21 | $7,659.21 | $0.00 |
| 10SU | FRANCHISE TAX BOARD | 7300-000 | NA | $347.25 | $347.25 | $0.00 |
| 10U | FRANCHISE TAX BOARD | 7100-000 | NA | $38.05 | $38.05 | $0.00 |
| 11 | LVNV Funding, LLC | 7100-000 | NA | $3,554.95 | $3,554.95 | $0.00 |
| 12 | LVNV Funding, LLC | 7100-000 | NA | $988.28 | $988.28 | $0.00 |
| 13 | David Porter | 7100-000 | NA | $1,738.00 | $1,738.00 | $0.00 |
| 14 | Discover Bank | 7100-000 | NA | $16,680.00 | $16,680.00 | $0.00 |
| 15 | Capital One N.A. | 7100-000 | NA | $3,571.94 | $3,571.94 | $0.00 |
| N/F | Am ex | 7100-000 | $691.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Bank Of America | 7100-000 | $10,674.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $20,593.00 | NA | NA | NA |
| N/F | Citicards Cbna | 7100-000 | $3,554.00 | NA | NA | NA |
| N/F | Credit One Bank Na | 7100-000 | $895.00 | NA | NA | NA |
| N/F | Discover Fin Svcs Llc | 7100-000 | $16,416.00 | NA | NA | NA |
| N/F | Elan Financial Service | 7100-000 | $8,552.00 | NA | NA | NA |
| N/F | Jpmcb Card | 7100-000 | $725.00 | NA | NA | NA |
| N/F | Jpmcb Card | 7100-000 | $7,019.00 | NA | NA | NA |
| N/F | Mission Lane | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Olio Credit Card | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Porter Roofing | 7100-000 | $1,738.00 | NA | NA | NA |
| N/F | Syncb/ppmc | 7100-000 | $2,624.00 | NA | NA | NA |
| N/F | Syncb/walmart | 7100-000 | $3,503.00 | NA | NA | NA |
| N/F | Wells Fargo | 7100-000 | $5,339.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$83,023.00** | **$55,382.13** | **$55,382.13** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 722-21-22184
**Case Name:** Donna Lynee Brown

**For Period Ending:** 07/31/2024

**Trustee Name:** (008180) Nichole B. Farris
**Date Filed (f) or Converted (c):** 01/06/2023 (c)
**§ 341(a) Meeting Date:** 02/13/2023
**Claims Bar Date:** 07/24/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4762 Brookfield Drive, Sacramento, CA 95823-0000, Sacramento County | 352,600.00 | 0.00 | | 0.00 | FA |
| 2 | 2014 Nissan Altima, 150k miles | 6,881.00 | 2,592.00 | | 2,592.00 | FA |
| 3 | Living room furniture Bedroom furniture Kitchen appliances Miscellaenous goods | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | Computer, (2) TVs | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing and apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaenous jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 7 | Dog | 1.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 9 | Checking, Savings: Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: San Francisco Credit Union | 400.00 | 0.00 | | 0.00 | FA |
| 11 | 401k: Fidelity | 1,600.00 | 0.00 | | 0.00 | FA |
| 12 | Int. in Ins. policies: Group Term Life | 1.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$367,803.00** | **$2,592.00** | | **$2,592.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 722-21-22184  
**Case Name:** Donna Lynee Brown  

**For Period Ending:** 07/31/2024

**Trustee Name:** (008180) Nichole B. Farris  
**Date Filed (f) or Converted (c):** 01/06/2023 (c)  
**§ 341(a) Meeting Date:** 02/13/2023  
**Claims Bar Date:** 07/24/2023

**Major Activities Affecting Case Closing:**

7/31/24 all checks cleared. Trustee emailed/mailed TDR to UST.

5/21/24 cut and mailed checks per court order docket 56

4/25/24 TFR/NFR filed. Trustee uploaded Order for Compensation.

4/23/24 waiting on TFR/NFR to be filed.

4/9/24 Trustee emailed/mailed TFR/NFR to UST. Proposed distribution to unsecured creditors 0%, priority unsecured 27.81%.

2/28/24 all funds received. Trustee filed Report of Sale.

12/14/23 sent attorney urgent email.

9/26/23 Emailed attorney- debtor has $392 balance owed.

7/23/23 Debtor making payments but two months behind. Sent email to attorney.

5/25/23 Debtor one month behind on payments - sent email to attorney.

04/18/2023 QR: Debtor making monthly payments on equity buy back.

2/13/23 Settled for $432 x 6 months + $2592 equity buy back agreement. First payment due March 15, 2023. Trustee filed/served Notice of Intent to Sell Property; Trustee emailed attorney payment schedules/vouchers.

**Initial Projected Date Of Final Report (TFR):** 12/31/2024     **Current Projected Date Of Final Report (TFR):** 05/16/2024 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 722-21-22184 | Trustee Name: | Nichole B. Farris (008180) | |
| Case Name: | Donna Lynee Brown | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***8501 | Account #: | ******6455 Checking | |
| For Period Ending: | 07/31/2024 | Blanket Bond (per case limit): | $21,541,570.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/23 | | Donna Brown | equity buy back | | 600.00 | | 600.00 |
| | {2} | | Combined payments on Asset #2 2014 Nissan Altima, 150k miles $600.00 | 1129-000 | | | |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 595.00 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 590.00 |
| 06/05/23 | | Donna Brown | equity buy back | | 600.00 | | 1,190.00 |
| | {2} | | Combined payments on Asset #2 2014 Nissan Altima, 150k miles $600.00 | 1129-000 | | | |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,185.00 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,180.00 |
| 08/10/23 | | Donna Brown | equity buy back (took a long time to deposit bc didn't know who check was from) | | 1,000.00 | | 2,180.00 |
| | {2} | | Combined payments on Asset #2 2014 Nissan Altima, 150k miles $1,000.00 | 1129-000 | | | |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,175.00 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,170.00 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,165.00 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,160.00 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,155.00 |
| 01/01/24 | | Donna Brown | equity buy back | | 392.00 | | 2,547.00 |
| | {2} | | Payment #6 on Asset #2 2014 Nissan Altima, 150k miles $392.00 | 1129-000 | | | |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,542.00 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,537.00 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,532.00 |
| 05/21/24 | 101 | Nichole B. Farris | Combined trustee compensation & expense dividend payments. | | | 672.84 | 1,859.16 |
| | | Nichole B. Farris | Claims Distribution - Tue, 04-09-2024 $648.00 | 2100-000 | | | |
| | | Nichole B. Farris | Claims Distribution - Tue, 04-09-2024 $24.84 | 2200-000 | | | |

Page Subtotals:     $2,592.00     $732.84

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Filed 08/05/24     Case 21-22184     Doc 59

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | |
|---|---|---|
| **Case No.:** 722-21-22184 | **Trustee Name:** | Nichole B. Farris (008180) |
| **Case Name:** Donna Lynee Brown | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***8501 | **Account #:** | ******6455 Checking |
| **For Period Ending:** 07/31/2024 | **Blanket Bond (per case limit):** | $21,541,570.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/21/24 | 102 | Internal Revenue Service | Distribution payment - Dividend paid at 27.81% of $5,680.10; Claim # 5P-2; Filed: $5,680.10 | 5800-000 | | 1,579.65 | 279.51 |
| 05/21/24 | 103 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 27.81% of $1,005.04; Claim # 10P; Filed: $1,005.04 | 5800-000 | | 279.51 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 2,592.00 | 2,592.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 2,592.00 | 2,592.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $2,592.00 | $2,592.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Filed 08/05/24     Case 21-22184     Doc 59

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9  
Page: 3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 722-21-22184 | | **Trustee Name:** | Nichole B. Farris (008180) |
| **Case Name:** | Donna Lynee Brown | | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***8501 | | **Account #:** | ******6455 Checking |
| **For Period Ending:** 07/31/2024 | | | **Blanket Bond (per case limit):** | $21,541,570.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6455 Checking | $2,592.00 | $2,592.00 | $0.00 |
| | **$2,592.00** | **$2,592.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)